544

*Messrs. Frank J. Hogan* and *Edmund L. Jones* for respondent.

No. 54. MITCHELL, INSURANCE COMMISSIONER OF CALIFORNIA, *v.* MAURER ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted limited to the question of the validity of the appointment of ancillary receivers upon the petition of the primary receivers, and attention is directed to McCandless *v.* Furlaud, No. 11 on the present docket (*ante,* p. 67). *Mr. Frank L. Guerena* for petitioner. *Messrs. Edward D. Lyman* and *P. B. Plumb* for respondents.

No. 107. OLD MISSION PORTLAND CEMENT CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted limited to the question of the right of the taxpayer to deductions (a) on account of amortization of bond discount and (b) on account of contributions to the San Francisco Community Chest. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman, Miss Helen R. Carloss,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 128. GEORGE *v.* VICTOR TALKING MACHINE CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the question of the jurisdiction of the Circuit Court of Appeals. *Messrs. Minitree Jones Fulton* and *Robert L. Nase* for petitioner. *Messrs. Robert P. Myers,*

*Isaac D. Levy, I. E. Lambert, Lawrence B. Morris,* and *Louis Levinson* for respondent.

No. 146. CLIFTON MANUFACTURING Co. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Joseph B. Brennan* and *W. A. Sutherland* for petitioner. *Solicitor General Biggs* for the United States.

No. 173. IRVING TRUST Co., TRUSTEE IN BANKRUPTCY, *v.* BOWDITCH ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Irving L. Ernst* and *Lester D. Melzer* for petitioner. *Messrs. Burton E. Eames* and *Burt Franklin* for respondents.

No. 215. SCHUMACHER, SHERIFF, *v.* BEELER, TRUSTEE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted, limited to the question of the jurisdiction of the District Court under § 23 (b) of the Bankruptcy Act. *Messrs. John W. Peck, Frank H. Shaffer, Jr.,* and *Coleman Avery* for petitioner. *Messrs. Province M. Pogue* and *Henry Burton Street* for respondent.

No. 234. UNITED STATES EX REL. CHICAGO GREAT WESTERN R. Co. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE BRANDEIS took no part in the consideration or decision of this applica-